UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HAYLEY AMIEL, on behalf of herself and all
others similarly situated,

               Plaintiff,

v.

EVO BRANDS, LLC and PVG2, LLC,

               Defendants.
-----------------------------------------------------------x

**ORDER**

24-CV-07327 (PMH)

PHILIP M. HALPERN, United States District Judge:

      On September 27, 2024, Hayley Amiel ("Plaintiff"), on behalf of herself and all others similarly situated, commenced this action against EVO Brands, LLC and PVG2, LLC ("Defendants"), alleging that Defendants advertised Puff Bar disposable electronic cigarettes in a misleading and deceptive manner. (Doc. 1). On September 30, 2024, the Clerk of Court issued summonses as to Defendants. (Docs. 5-6). Plaintiff filed affidavits of service indicating that service was effected on October 15, 2024. (Docs. 7-8). Following two extensions of time, Defendants' deadline to answer or otherwise respond to the complaint was January 10, 2025. (Docs. 10, 12). Defendants did not answer or otherwise respond to the complaint. There has been no activity on the docket since the Court granted the extension of time on December 6, 2024. (Doc. 12).

      Accordingly, Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by March 28, 2025. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

**SO ORDERED:**

Dated: White Plains, New York
       February 28, 2025

                                                    _____
                                                    Hon. Philip M. Halpern
                                                    United States District Judge