IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAYLEY AMIEL, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>EVO Brands, LLC d/b/a Puff Bar, and PVG2, LLC, d/b/a Puff Bar,<br><br>       Defendants. | Case No. 7:24-cv-07327<br><br>Hon. Philip M. Halpern<br><br>**[PROPOSED] ORDER** |

Now before the Court is Plaintiff's Motion for Class Certification and Default Judgment, and for good cause, IT IS HEREBY ORDERED THAT:

The Motion for Class Certification and Default Judgment Against Defendants EVO Brands, LLC and PVG2, LLC IS GRANTED; AND FURTHER ORDERED THAT:

Plaintiff is appointed Class Representative.

Plaintiff's counsel be appointed Class Counsel; and

Plaintiff is entitled to recover $43,614,000 in damages, plus fees and costs, including reasonably incurred attorneys fees.

Dated:                    _____
                             Hon. Philip M. Halpern, U.S.D.J.

cc: Counsel of Record