IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAYLEY AMIEL, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>EVO Brands, LLC d/b/a Puff Bar, and PVG2, LLC, d/b/a Puff Bar,<br><br>       Defendants. | Case No. 7:24-cv-07327<br><br>Hon. Philip M. Halpern |

**[PROPOSED] DEFAULT JUDGMENT AS TO LIABILITY ONLY**

  This action having been commenced on September 27, 2024 by the filing of the Complaint and the issuance of the summons; a copy of the summons and complaint having been served on Defendants EVO Brands, LLC d/b/a Puff Bar, and PVG2, LLC, d/b/a Puff Bar ("Defendants") on October 10, 2024 via process server; Defendants not having answered the Complaint; and the time for answering the Complaint having expired; said default being willful because of the failure of Defendants to answer; and the Defendants lacking a meritorious defense; it is on this _____ day of November 2025:

  ORDERED, ADJUDGED AND DECREED that Defendants are liable to Plaintiff for

1. Violating N.Y. G.B.L. §§ 349, 350;

2. Violating N.J. Stat. Ann. § 56:8-2 *et seq*.

3. Breaching the Implied Warranty of Merchantability as to Plaintiff's purchases of Defendants' Products in New Jersey

SO ORDERED.

                  _____
                  Hon. Philip M. Halpern, U.S.D.J.

cc: Counsel of Record