# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAYLEY AMIEL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVO Brands, LLC d/b/a Puff Bar, and PVG2, LLC, d/b/a Puff Bar,<br><br>Defendants. | Case No. 7:24-cv-07327<br><br>Hon. Philip M. Halpern |

**[PROPOSED] DEFAULT JUDGMENT AS TO LIABILITY ONLY**                *PMH*

This action having been commenced on September 27, 2024 by the filing of the Complaint and the issuance of the summons; a copy of the summons and complaint having been served on Defendants EVO Brands, LLC d/b/a Puff Bar, and PVG2, LLC, d/b/a Puff Bar ("Defendants") on October 10, 2024 via process server; Defendants not having answered the Complaint; and the time for answering the Complaint having expired; said default being willful ~~because of the failure of Defendants to answer, and the Defendants lacking a meritorious defense~~; it is on this __7th__ day of November 2025:                *PMH*

ORDERED, ADJUDGED AND DECREED that Defendants are liable to Plaintiff ~~for~~, individually, for

1. Violating N.Y. G.B.L. §§ 349, 350;

2. Violating N.J. Stat. Ann. § 56:8-2 *et seq*.                *PMH*

3. Breaching the Implied Warranty of Merchantability as to Plaintiff's purchases of Defendants' Products in New Jersey

SO ORDERED.

*PMH*

Date: White Plains, New York
      November 7, 2025

_____
Hon. Philip M. Halpern, U.S.D.J.

cc: Counsel of Record