UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAYLEY AMIEL,

                Plaintiff,

-against-

EVO BRANDS, LLC, et al.,

                Defendants.

**ORDER**

24-CV-07327 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared telephonically for a pre-inquest conference on November 25, 2025. As discussed on the record, an inquest on damages in this matter will proceed in-person on **February 2, 2026 at 10:00 a.m. in Courtroom 520 of the White Plains Courthouse**, located at 300 Quarropas Street, White Plains, NY 10601. Telephonic/remote appearances will not be permitted.

As explained more fully on the record during the conference, the Court directs as follows:

1. The parties shall file and provide to the Court, no later than **January 26, 2026**, the following:

    a. Two (2) sets of exhibit binders containing the parties' respective exhibits they plan to use during the inquest, with indices listing the content of the binders; and

    b. A list of the anticipated witnesses each party intends to call during the inquest. Counsel shall ensure such witnesses are available in person so as not to delay the proceeding.

                                            **SO ORDERED:**

Dated: White Plains, New York
           November 25, 2025

                                            _____
                                            PHILIP M. HALPERN
                                            United States District Judge