IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAYLEY AMIEL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVO Brands, LLC d/b/a Puff Bar, and PVG2, LLC, d/b/a Puff Bar,<br><br>Defendants. | Case No. 7:24-cv-07327<br><br>Hon. Philip M. Halpern |

### AFFIDAVIT OF HAYLEY AMIEL

Hayley Amiel, pursuant to 28 U.S.C. §1746, declares as follow:

1. I am the named Plaintiff in the above-captioned class action.

2. I am over the age of eighteen (18) years old and am a citizen of New York.

3. On or around August 30, 2024, I authorized my counsel to send a pre-suit letter to Defendants EVO Brands, LLC and PVG2, LLC d/b/a Puff Bar ("Puff Bar" or "Defendants") to provide notice of my claims.

4. After Defendants failed to take corrective action in response to the pre-suit notice letter, I filed this action against Defendants to seek relief for consumers who have been misled about the nature and safety of Puff Bar disposable electronic cigarettes.

5. On October 4, 2025, this Court found Puff Bar liable under N.Y. Gen. Bus. Law §§ 349, 350, N.J. Stat. Ann. §§ 56:8-2, *et seq.*, and New Jersey's implied warranty of merchantability.

6. In light of the order against Defendants, I submit this declaration concerning my purchases of the Puff Bar (the "Products") sold by Defendants in New York and New Jersey.

7. In 2019, I started buying Puff Bar products.

8. I purchased Defendants' Puff Bar Vape Products in the following flavors: Banana, Mango, Cafe Latte, Blueberry Ice, and Clear. I also purchased Defendants' Puff Plus Products in the following flavors: Strawberry Banana, Lychee Ice, Pina Colada, Guava Ice, Banana Ice, Mamba, Mixed Berries, Lush Ice, Strawberry Kiwi, Blue Razz, Melon Ice, Apple Ice, and Banana Ice Cream.

9. In the Complaint I stated that my purchases occurred between October 2019 and January 2021 and between April 2022 and August 2023. After reviewing my credit and debit card statements, I attest that I also purchased Puff Bar products between February 2021 and April 2022. (*See* Complaint, ECF No. 1, at ¶ 39).

10. Between October 2019 and August 2023, I purchased at least 176 Products on at least 104 occasions. Some of these purchases included more than one Puff Bar Product.

11. Although I do not have itemized receipts for each transaction, I affirm that the listed transactions were for Defendants' Products. The listed transactions do not include any non-vape products.

12. In addition to purchases made on my debit and credit card, I purchased the Products numerous times using cash. I do not have receipts for these purchases.

13. During the period listed in paragraph 10, I purchased at least 71 Puff Bar products at Ivy Stationers, 14 Thiells Mt. Ivy Road, Unit 7, Pomona, NY 10970.

14. During the period listed in paragraph 10, I purchased at least 81 Puff Bar products at Finest Vape and Smoke Shop, 259 S Little Tor Rd, New City, NY 10956.

15. During the period listed in paragraph 10, I purchased at least 5 Puff Bar products at Finest Vape and Smoke West Haverstraw, 61 US-9W, West Haverstraw, NY 10993, which is listed on my debit card statements as "Dan Art Realty".

16. During the period listed in paragraph 10, I purchased at least 7 Puff Bar products at Tobacco Shop of NY, Inc. at 214 Route 59, Suffern, NY 10901.

17. During the period listed in paragraph 10, I purchased at least 1 Puff Bar products at Tobacco House, 144 Ramapo Rd, Garnerville, NY 10923.

18. During the period listed in paragraph 10, I purchased at least 2 Puff Bar products at Nyack Smoke Shop, 340 NY-59, Nyack, NY 10960.

19. During the period listed in paragraph 10, I purchased at least 2 Puff Bar products at Nyack Smokers Corp., 21 NY-59, Nyack, NY 10960.

20. At a minimum, I spent $3,015.60 on Puff Bar in New York. This number does not reflect my cash purchases.

21. Attached as **Exhibit 1** is a true and correct copy of a spreadsheet summarizing my purchases of the Puff Bar Product in New York state.

22. Attached as **Exhibit 2** is a true and correct copy of the underlying credit and debit card statements showing my purchases of the Puff Bar Product in New York state.

23. During the summer of 2020, I purchased Defendants' Products two times in New Jersey: at the Wildwood Boardwalk in Wildwood, NJ 08260. Each Product was approximately $22. I do not have credit/debit card statements or receipts of these two purchases.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 1/24/2026
Nyak, NY

DocuSigned by:
*Hayley Amiel*

Hayley Amiel