# EXHIBIT 1

## Hayley Amiel Puff Bar Purchases

| Item Purchased | Date | Store Name | City | State | Form of Payment | Cost | Quantity Purchased |
|---|---|---|---|---|---|---|---|
| Puff Bar | 12/11/19 | Tobacco Shop of NY Inc. | Suffern | NY | Debit Card Purchase | $21.66 | 1 |
| Puff Bar | 12/31/19 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $19.50 | 1 |
| Puff Bar | 1/7/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $19.50 | 1 |
| Puff Bar | 1/16/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $10.75 | 1 |
| Puff Bar | 1/21/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $19.50 | 1 |
| Puff Bar | 1/31/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $14.50 | 1 |
| Puff Bar | 2/18/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $34.27 | 2 |
| Puff Bar | 2/28/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $19.50 | 1 |
| Puff Bar | 3/13/20 | Tobacco House | Garnerville | NY | Debit Card Purchase | $16.78 | 1 |
| Puff Bar | 6/5/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $49.50 | 3 |
| Puff Bar | 6/10/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $38.50 | 2 |
| Puff Bar | 6/17/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $38.50 | 2 |
| Puff Bar | 6/23/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $15.00 | 1 |
| Puff Bar | 6/26/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $58.00 | 4 |
| Puff Bar | 7/7/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $62.00 | 4 |
| Puff Bar Plus | 7/23/20 | Dan Art Realty | Haverstraw | NY | Debit Card Purchase | $26.41 | 1 |
| Puff Bar | 8/18/20 | "Smoke Shop" | New City | NY | Capital One MasterCard | $59.57 | 4 |
| Puff Bar | 9/2/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $19.50 | 1 |
| Puff Bar | 9/4/20 | Ivy Stationers | Pomona | NY | Capital One MasterCard | $19.50 | 1 |
| Puff Bar | 9/8/20 | Ivy Stationers | Pomona | NY | Capital One MasterCard | $20.00 | 1 |
| Puff Bar | 9/11/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $19.50 | 1 |

| Puff Bar | 9/21/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $41.74 | 2 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Puff Bar | 9/30/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $38.50 | 2 |
| Puff Bar | 10/7/20 | Ivy Stationers | Pomona | NY | Capital One MasterCard | $33.77 | 2 |
| Puff Bar | 10/14/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $20.00 | 1 |
| Puff Bar | 10/19/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $40.00 | 3 |
| Puff Bar | 11/4/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $38.50 | 3 |
| Puff Bar | 11/18/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $24.00 | 2 |
| Puff Bar | 12/15/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $14.50 | 1 |
| Puff Bar | 12/21/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $11.00 | 1 |
| Puff Bar | 12/21/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $22.00 | 2 |
| Puff Bar | 12/24/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $11.00 | 1 |
| Puff Bar | 12/28/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $11.00 | 1 |
| Puff Bar | 12/28/20 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $22.00 | 2 |
| Puff Bar | 1/7/21 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $14.50 | 1 |
| Puff Bar | 1/11/21 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $33.00 | 3 |
| Puff Bar | 1/12/21 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $11.00 | 1 |
| Puff Bar | 1/26/21 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $11.00 | 1 |
| Puff Bar | 1/27/21 | Ivy Stationers | Pomona | NY | Capital One MasterCard | $11.00 | 1 |
| Puff Bar | 2/1/21 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $22.00 | 2 |
| Puff Bar Plus | 2/5/21 | Tobacco Shop of NY Inc. | Suffern | NY | Debit Card Purchase | $43.35 | 2 |
| Puff Bar | 2/9/21 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $11.00 | 1 |
| Puff Bar Plus | 2/12/21 | Tobacco Shop of NY Inc. | Suffern | NY | Debit Card Purchase | $16.26 | 1 |
| Puff Bar Plus | 2/12/21 | Tobacco Shop of NY Inc. | Suffern | NY | Debit Card Purchase | $16.26 | 1 |
| Puff Bar | 2/22/21 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $22.00 | 2 |
| Puff Bar | 2/22/21 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $11.00 | 1 |
| Puff Bar | 2/24/21 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $22.00 | 2 |
| Puff Bar Plus | 3/1/21 | Tobacco Shop of NY Inc. | Suffern | NY | Debit Card Purchase | $32.51 | 2 |

| Puff Bar | 3/3/21 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $22.00 | 2 |
|---|---|---|---|---|---|---|---|
| Puff Bar | 3/5/21 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $22.00 | 2 |
| Puff Bar Plus | 6/1/21 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $20.77 | 1 |
| Puff Bar Plus | 6/1/21 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $20.77 | 1 |
| Puff Bar | 8/10/21 | Ivy Stationers | Pomona | NY | Debit Card Purchase | $16.87 | 1 |
| Puff Bar Plus | 12/10/21 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $15.58 | 1 |
| Puff Bar Plus | 12/13/21 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $25.96 | 1 |
| Puff Bar Plus | 1/3/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $23.88 | 1 |
| Puff Bar Plus | 1/18/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $15.58 | 1 |
| Puff Bar Plus | 1/24/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $34.27 | 2 |
| Puff Bar | 2/4/22 | "Smoke Shop" | New City | NY | Debit Card Purchase | $11.91 | 1 |
| Puff Bar Plus | 2/4/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $44.98 | 3 |
| Puff Bar Plus | 2/7/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $41.54 | 2 |
| Puff Bar Plus | 2/11/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $25.96 | 1 |
| Puff Bar Plus | 2/15/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $16.61 | 1 |
| Puff Bar Plus | 2/18/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $43.61 | 3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Puff Bar Plus | 2/22/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $33.23 | 2 |
| Puff Bar Plus | 2/24/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $20.77 | 1 |
| Puff Bar Plus | 3/8/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $25.89 | 2 |
| Puff Bar Plus | 3/23/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $25.96 | 2 |
| Puff Bar Plus | 3/30/22 | "Smoke Shop" | New City | NY | Debit Card Purchase | $13.97 | 1 |
| Puff Bar Plus | 4/4/22 | "Smoke Shop" | New City | NY | Debit Card Purchase | $13.97 | 1 |
| Puff Bar Plus | 4/4/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $41.60 | 2 |
| Puff Bar Plus | 4/6/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $22.53 | 1 |
| Puff Bar Plus | 4/14/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $22.53 | 1 |
| Puff Bar Plus | 4/18/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $26.00 | 1 |
| Puff Bar Plus | 4/18/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $37.44 | 2 |
| Puff Bar Plus | 4/25/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $22.65 | 1 |
| Puff Bar Plus | 4/28/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $45.06 | 3 |
| Puff Bar Plus | 5/4/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $24.96 | 1 |
| Puff Bar Plus | 5/9/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $27.16 | 1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Puff Bar Plus | 5/12/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $16.94 | 1 |
| Puff Bar Plus | 5/12/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $26.02 | 1 |
| Puff Bar Plus | 5/16/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $21.84 | 1 |
| Puff Bar Plus | 5/20/22 | Finest Vape and Smoke Shop | New City | NY | Capital One MasterCard | $22.64 | 1 |
| Puff Bar Plus | 5/31/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $65.66 | 3 |
| Puff Bar Plus | 6/6/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $36.40 | 2 |
| Puff Bar Plus | 6/23/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $22.84 | 1 |
| Puff Bar Plus | 6/26/22 | Finest Vape and Smoke Shop | New City | NY | Capital One MasterCard | $40.56 | 2 |
| Puff Bar Plus | 6/30/22 | Finest Vape and Smoke Shop | New City | NY | Capital One MasterCard | $84.88 | 4 |
| Puff Bar Plus | 7/11/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $28.16 | 1 |
| Puff Bar Plus | 7/12/22 | Finest Vape and Smoke Shop | New City | NY | Capital One MasterCard | $39.52 | 2 |
| Puff Bar Plus | 7/25/22 | Finest Vape and Smoke Shop | New City | NY | Capital One MasterCard | $64.47 | 3 |
| Puff Bar Plus | 8/1/22 | Finest Vape and Smoke Shop | New City | NY | Capital One MasterCard | $33.95 | 2 |
| Puff Bar Plus | 8/5/22 | Finest Vape and Smoke Shop | New City | NY | Capital One MasterCard | $22.64 | 1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Puff Bar Plus | 9/12/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $18.10 | 1 |
| Puff Bar Plus | 9/16/22 | Nyack Smoke Shop | Nyack | NY | Debit Card Purchase | $36.40 | 2 |
| Puff Bar Plus | 9/16/22 | Nyack Smokers Corporatio | Nyack | NY | Debit Card Purchase | $22.55 | 1 |
| Puff Bar Plus | 9/30/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $22.88 | 1 |
| Puff Bar Plus | 10/11/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $36.19 | 2 |
| Puff Bar Plus | 10/11/22 | Nyack Smokers Corporatio | Nyack | NY | Capital One MasterCard | $22.55 | 1 |
| Puff Bar Plus | 10/27/22 | Finest Vape and Smoke Shop | New City | NY | Capital One MasterCard | $45.30 | 2 |
| Puff Bar Plus | 11/23/22 | Dan Art Realty | Haverstraw | NY | Debit Card Purchase | $35.19 | 2 |
| Puff Bar Plus | 11/28/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $20.37 | 1 |
| Puff Bar Plus | 12/1/22 | Dan Art Realty | Haverstraw | NY | Debit Card Purchase | $31.02 | 2 |
| Puff Bar Plus | 12/12/22 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $41.60 | 3 |
| Puff Bar Plus | 1/3/23 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $45.30 | 3 |
| Puff Bar Plus | 1/7/23 | Finest Vape and Smoke Shop | New City | NY | Capital One MasterCard | $54.07 | 3 |
| Puff Bar Plus | 1/25/23 | Finest Vape and Smoke Shop | New City | NY | Capital One MasterCard | $21.84 | 1 |
| Puff Bar Plus | 2/6/23 | Finest Vape and Smoke Shop | New City | NY | Debit Card Purchase | $22.88 | 1 |

**Total Amount Paid    $3,015.60**

| Store | Amount |
|---|---|
| Ivy Stationers | 71 |
| Dan Art Realty | 5 |
| Finest Vape and Smoke Shop | 81 |
| Tobacco Shop of NY | 7 |
| Tobacco House | 1 |
| Nyack Smoke Shop | 2 |
| Nyack Smokers Corp | 2 |
| Smoke Shop (New City) | 7 |

| | |
|---|---|
| **Total # of Products Purchased** | 176 |
| **Products Purchased Between February 2021 - March 2022** | 46 |
| **Products Purchased Between October 2019 - January 2021 and April 2022 - August 2023** | 130 |