

Mary G. Bielaska, Esq.
Direct Dial: (858)761-2197
Email: Mary.bielaska@zanicorn.com

January 26, 2026

**VIA ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street,
White Plains, New York 10601

           Re: *Hailey Amiel v. EVO Brands LLC, et al., Case No. 7:24-cv-07327-PMH*

Dear Judge Halpern:

We submit this letter on behalf of Defendants EVO Brands, LLC and PVG2, LLC pursuant to the Court's Order dated November 25, 2025, issued following the pre-inquest conference held on that date.

In compliance with the Court's directives, Defendants will send their exhibit materials for use at the inquest on damages scheduled for February 2, 2026, together with an index identifying the contents of the exhibits. These materials will be sent via overnight courier tomorrow in advance of the inquest hearing for the Court's review and in accordance with the procedures outlined on the docket and in the Court's Order. Our apologies for the slight delay in your receipt of the exhibits. We will forward a set of the exhibit documents to Plaintiff's counsel as well.

The three witnesses who I plan to call to the witness stand for examination at the hearing are Mr. Nicholas Minas Alfaro and Mr. Patrick Beltran, the co-chief executive officers of the Defendants, as well as Ms. Hailey Amiel, the Plaintiff.

Respectfully submitted,

*Mary G. Bielaska*

Mary G. Bielaska, Esq.

Counsel for EVO Brands, LLC, and PVG2, LLC
cc: All counsel of record (via ECF)