

Mary G. Bielaska, Esq.
Direct Dial: (858)761-2197
Email: Mary.bielaska@zanicorn.com

January 27, 2026

**VIA Email**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Hailey Amiel v. EVO Brands LLC, et al., Case No. 7:24-cv-07327-PMH*

Dear Judge Halpern:

We submit this letter on behalf of Defendants EVO Brands, LLC and PVG2, LLC pursuant to the Court's Order dated November 25, 2025, issued following the pre-inquest conference held on that date.

In compliance with the Court's directives, Defendants hereby submit their exhibit materials for use at the inquest on damages scheduled for February 2, 2026, together with an index identifying the contents of the exhibits. These materials are submitted in advance of the inquest hearing for the Court's review and in accordance with the procedures outlined on the docket and in the Court's Order.

Respectfully submitted,

*Mary G. Bielaska*

Mary G. Bielaska, Esq.

Counsel for EVO Brands, LLC, and PVG2, LLC
cc: All counsel of record (via email)

# INDEX OF EXHIBITS

**Exhibit A**
*Branding, Authentication, and Packaging Materials*

- **Exhibit A-1** – Neural-Network Authentication Materials
- **Exhibit A-2** – Cypheme Order Confirmation
- **Exhibit A-3** – Noise Print Minimal Artwork
- **Exhibit A-4** – Cypheme Logo (All-Over Vector File)
- **Exhibit A-5** – Cypheme Logo (Vector File)
- **Exhibit A-6** – Product Packaging Materials
- **Exhibit A-7** – Proprietary Authentication Materials
- **Exhibit A-8** – Standard NP Label Artwork

**Exhibit B**
*Electronic Cigarette Product Evidence*

- **Exhibit B-1** – E-Cigarettes: An Evidence Update A Report Commissioned by Public Health England
- **Exhibit B-2** – E-Cigarettes: A New Foundation For Evidence-Based Policy And Practice
- **Exhibit B-3** – E-Cig & Harm Reduction Executive Summary

**Exhibit C**

- **Exhibit C-1** – *Triton Distribution, LLC v. FDA* – Amicus Brief