# EXHIBIT A-1



neural-network authentication

# Counterfeit facts

- When a product hits the market, there is a high chance that a pirate version already exists
- Reliable and safe distributors are scarce
- Counterfeit negatively impacts your brand image
- Counterfeit is your toughest unlawful competitor
- Consumers want to buy <u>authentic</u> western products

# Counterfeit statistics

**30%** of organized crime revenue comes from counterfeit products.

**$500 billion** of worldwide trade is accounted for counterfeit goods.

**1 million** people die because of counterfeit products each year. **That is more than malaria.**

## It is not just a matter of unlawful competition

If a customer buys one of your products and it appears to be defective, this will negatively impact your brand image and undermine your reputation for quality products.



When you release a new tech product, the last thing you want is footage all over the Internet of your product exploding. This catastrophic situation is often the result of a fake product.



For some types of products, authenticity is crucial as fake goods can be life-threatening. Consumers will be more likely to buy your products if you can guarantee that they are risk-free.

# The Cypheme solution:

**Anti-counterfeiting**     **Internet of things and Big data**     **Marketing**

A neural-network based technology, using hyperphotometry and an unduplicable chemical UID for counterfeit detection.

It allows you and your customers to check the authenticity of a product using a simple smartphone, within seconds.



# In a nutshell

Our solution consists of a tag which is applied to the packaging of the product - or to the product itself. Each unique tag is recorded in a secure online cloud. A smartphone camera is then all is required to scan the tag and verify the authenticity of the product.




## Authentication

- Can be checked by anyone
- With  just an ordinary smartphone. No additional devices needed
- Within seconds
- No alteration of the product, can be done in the shop before

# The synthetic Unique IDentifier

Our solution provides each product with its own unique and individual signature, allowing you to easily identify any tagged item. Each tag is totally unique and therefore impossible to replicate, much like a fingerprint.



No two certificates have the same fingerprint. Our neural-network tech will tell the difference.

## Traceability

- Each individual product is unique and recognizable as such
- Can be identified and followed all along the distribution chain
- Know where and when your product was scanned

# A powerful marketing solution

The authentication process takes place through a social media app (Facebook Messenger or WeChat) using a chatbot system. The messaging interface can use Cypheme's official account or your own brand's. Confirming the authenticity of the product is just the first step but the chatbot can go even further and interact with the end-user in many ways such as pushing a satisfaction survey, a registration of ownership or various promotional elements. Possibilities are endless!



# Engaging with the customer

- Interact directly with your customers
- Get to know your customers
- Refer customers to your social media or corporate websites
- Push specific information regarding the product

A powerful marketing solution

# Get to know your customers





**Insightful customer data can be gathered from each scan:**

- Collect data such as geographic location, date and time of the scan, number of unique users etc.

- **Collect valuable insights that will allow you to put together a portrait of your market and customers**

- All the data is compiled in a user-friendly interface and updated in real time with each scan

- **Free feature of the Cypheme technology**

A powerful marketing solution

# Track and trace light



Suspicious product
Scanned 21/07

Products scanned
# 12294615 (batch 12)

### 1- Geo-localization

- Know in real time where your products are scanned
- Know in real time where fake products are scanned

### 2- Tracing

**Some of your products ends up where they shouldn't?
For example, sold on e-markets outside of your official distribution network?**

We can provide you with batches of numbered tags. Provide each of your distributors with a different batch. Whenever one of your product is found outside of its regular circuit, you will know who it came from.

### 3- Track and Trace

We don't provide logistics and ERP consulting, but we are compatible with third party supply chain T&T suppliers

# Flexible deployment, flexible solution

Pay a set yearly fee, depending on your volume.
Have the tags produced by us, you or any contractor of your choice.
Optional features can always be added, tailored to your specific needs.

Are you a starting company and looking to produce a small number of your new product? A world leading producer with volumes in the billions? A prestigious brand releasing a limited edition creation? Anything in between?
We have a pricing formula that will fit your needs!

## Easy
- Ready-made, turnkey solutions are available
- Even the most customized and personalized solutions require little to no change in your production chain

## Customizable
- The tags can be fully customized to match your brand image and visual identity
- You have full control over the social media interface that you can use as a toolkit for your marketing

## Integration
- For more independence, it is possible for you to insource entirely the production of the tags
- Production can also be handled by your usual contractors or a third party

# Noise Print solution

A small patch of random texture is added to the product to uniquely identify it



## Characteristics

- This is an extremely small (12mm in diameter) printed template we call the *Cypheme Noise Print* tag

- It can be printed on any material that is compatible with offset printers

## Advantages

- With a diameter of 12mm, it is an **ant-sized footprint**

- Because it can be printed on any material, **you can label your product directly rather than its packaging**

- This option is perfect for large volumes (over hundreds of thousands a year)

# Outsourced production

Ideal for startups, small volumes, or items that are not mass produced



### Option 1

Turnkey solution with ready-made, pre-recorded, standard tags.

Step 1: Tell us how many tags you need.

Step 2: That's it, you're done ! We take care of the rest and deliver the tags straight to your door.

### Option 2

Personalized solution with tailor-made, custom-designed tags.

Step 1: We will work with you to design a tag that matches both the design of your packaging and your brand's visual identity.

Step 2: Tell us how many tags you need, we will have them made in our factory and delivered to you.

# Insourced production

Ideal for mass produced items



**For *Noise Print* tags**

1. You will need to Include the Cypheme Noise Print tag  in your packaging
2. We will work together with your factory in order to find the best way to add the *noise printing* to your manufacturing process.
3. We will install and connect a high-speed camera to our system in order for it to register the tags as they are produced

# Advantages for every department

### Marketing
• Can be tailored to fit existing packaging design
• Increased market share and "clean" distribution channels
• Direct interaction with consumers

### Brand Manager
• Most secure solution available on the market: impossible to copy, duplicate or reproduce
• Overall reporting possible: control over supply chain and distribution
• Possible to authenticate a product with a simple smartphone

### IT Department
• Secure database in Europe or at client's site
• Light storage: >10kB / signature for 1 million signatures = >10GB
• Unlimited quantity of extra data can be added to the tag (e.g.: country of destination, distributor etc.)

### Production
• No limit to production speed/volume
• No modification of existing production processes
• Compatible with current authentication methods and traceability systems

### Packaging Department
• No change in existing packaging design
• ECO solution – nothing is added to the product

### Operations
• Complete confidentiality and control regarding 3rd party suppliers
• Automatic production reporting

# Contact us:

Europe:

## Gilles Bonnabeau

 gilles.bonnabeau@cypheme.com

 France: +33 7 78 25 54 28

Asia Pacific, USA:

## Tony Belasco

 tony@cypheme.com

 +1 252 422 1933

# Cypheme.com