# EXHIBIT A-2

CSOC20210707050



July 8, 2021

# Order Confirmation
("Agreement")

I hereby confirm an order of Cypheme certificates with the following specifications.

You may find attached :
- → Project Specifications
- → Misc. Informations
- → Quote
- → Final Print Ready Design
- → Statement

## Project Specifications

Order name : **PVG2**
Any name that both Cypheme and Customer can refer to. Example : CustomerA order number 1

Type and Volume : **Noise Print with Petrel Flexo & IR/UV inclusions- 1 million units**
Noise Print ? Volume for this production. Not the projected yearly volume

Size : **Minimalist - 14mm diameter**
In mm x mm

Substrate : **Polymer labels on standard rolls with Security Cuts**
Stickers ? Cards ? Rolls or Sheets ? Unless specified, we deliver in standard rolls.

Usage Scenario : **Security label (not a seal)**
Where will the seal be applied ? What material will it adhere to ? Glass ? SBS cardboard ? CUK cardboard ?
If possible, specify material reference number and manufacturer. Unless specified, a sample is required.
If no samples are provided, we cannot guarantee the sticker's adherence to the good.

Manual or Automatic Application : **Manual Application**
Are labels manually applied on the product ? Automatic Machine Application without rescan ? With rescan ?

Estimated shipping date : **5 weeks after payment**

Prototype Required ? : **No**

New features or misc. requests :



1/8

Write anything at all that is not included in our Technological White List. Leave blank if none
Several deliveries ? Special material ?

## Misc. Information

### Billing Info

Invoice to contact name :   Nick Minas
Person's name we will write on the invoice

Invoice to company name :  PVG2
Name of the company who pays, we will write on the invoice

Invoice to company address :

251 Little Falls Dr., Wilmington, DE 19807

Address of the company who pays, for the invoice also

### Delivery Info

Ship to person name :   Derek
Name of the person that will receive the goods

Ship to phone number :   ▇▇▇▇▇▇▇▇▇▇
Cell phone number of the person that will receive the goods

Ship to company name :   DS Vape
Name of the company who will receive the goods. If same as billing, write "See Billing"

Ship to company address :

DS Vape
501 B1 Building, No. 3 Ligang South Road
Shajing Street, Bao'an District
Shenzhen, China

Address of the company who will receive the goods. If same as billing, write "See Billing"



Cypheme SAS, 27 rue Bargue, 75015 Paris
Business registration : 824 868 327 R.C.S. Paris
www.cypheme.com SIRET : 82486832700019
VAT N° : FR66824868327

2/8

## Quote

Goods total price :  (0.0220 EUR) $0.0262/unit x 1,000,000 = $26,045
Excluding shipping and setup. Price in Euros net of all taxes including withholding tax. Incoterm EXW.

Setup fees :  None

Shipping and handling fees :  (500 EUR) $595
1 to 15 kg = 250 eur. 16 to 30 kg = 500 eur. 31 to 45 kg = 750 eur.
If shipping is billed separately, write "Not Included".

Payment terms :  50% on order / 50% on shipment

Cypheme bank infos :

Cypheme SAS
27 rue Bargue, 75015 Paris





Cypheme SAS, 27 rue Bargue, 75015 Paris
Business registration : 824 868 327 R.C.S. Paris
www.cypheme.com SIRET : 82486832700019
VAT N° : FR66824868327

3/8

# Final Print Ready Design
**SKU :** Noise Print Minimalist




Cypheme SAS, 27 rue Bargue, 75015 Paris
Business registration : 824 868 327 R.C.S. Paris
www.cypheme.com SIRET : 82486832700019
VAT N° : FR66824868327

4/8

# Specific Terms & Conditions

Date : July 8, 2021
Customer Company Name :
PVG2

### Final Design of the Ordered Goods
Seller and Buyer hereby acknowledge and agree that (i) the above displayed ordered Goods' design is ready for printing, and (ii) the ordered Goods' **texts, QR codes and artworks are final**.
Buyer hereby understands and agree that any further modifications will require engraving a new plate and hence will require additional time and costs.

### Duration of the Goods, Data Retention & AI Training
By default, the Goods shall be functional for a period of two (2) years. The data associated with the ordered Goods will be kept and stored by Seller for the same two-year period.
Should Buyer need the duration of its Goods to be extended, Buyer shall contact Seller prior to the expiration of such two-year period.
Anonymous data, including (but not limited to) the actual pictures taken by Buyer's customers, may be (i) used by Seller to train Seller's algorithm and (ii) kept and stored by Seller for an indefinite period of time longer than the above-mentioned two-year period.

### Extra Samples for Marketing/Commercial Testing Purposes
Buyer hereby authorizes Seller to print 5,000 extra Goods for Seller's internal use as testing and demonstration tools.
Such 5,000 extra Goods shall be included in marketing presentation kits which Seller distributes to its other customers for promotional purposes.

### Right of Use
Buyer hereby authorises Seller to (i) use Buyer's logo and company name for the purpose of printing the ordered Goods, (ii) communicate about and promote the Goods and Services publicly, and (iii) add Buyer's logo to Seller's presentations and website.

### No Hacking/Reverse Engineering & Defense Mechanisms (Geo-Location & Authenticated Identification) Against Counterfeiting
Buyer hereby acknowledges that (i) Buyer may under no circumstances hack, reverse engineer or attempt to hack or reverse engineer the Goods



Cypheme SAS, 27 rue Bargue, 75015 Paris
Business registration : 824 868 327 R.C.S. Paris
www.cypheme.com SIRET : 82486832700019
VAT N° : FR66824868327

5/8

and/or Services as well as Seller's servers for any reason, (ii) Buyer has fully read and understood Seller's Four-Level Anti-Counterfeiting Defense Mechanism (Geo-Location & Authenticated Identification) Policy and that Buyer fully agrees with such policy.

In the event that Buyer or any other third party hacks, reverse engineer or attempts to hack or reverse engineer the Goods and/or Services as well as Seller's servers, Seller reserves the right to (i) deactivate the ordered Goods connected with the actual hacking/reverse engineering or with the hacking/reverse engineering attempt/risk, (ii) to temporarily or permanently deactivate or block specific buyers, (end-)users, geographic zones/areas, authentification gateways, (iii) request and render it mandatory for Buyer to provide Seller with zoomed-in pictures/photographs, end-users' phone number(s), Buyer's geo-location coordinates (GPS) or any other data as requested by Seller, and/or (iv) deploy any or all of its four levels of defense mechanisms, as described and listed in Seller's Four-Level Anti-Counterfeiting Defense Mechanism (Geo-Location & Authenticated Identification) Policy, against any such counterfeiter.

**Signatures**

| Cyph. Project Manager Sign. | Cyph. Designer Signature | Cyph. Industrial Signature | Brand Owner Signature |
|---|---|---|---|
| Tony Belasco | Charles Garcia | Diana Wang | Nick Minas |
| Cyph. Project Manager Name | Cyph. Designer Name | Cyph. Industrial Name | Brand Owner Name |



Cypheme SAS, 27 rue Bargue, 75015 Paris
Business registration : 824 868 327 R.C.S. Paris
www.cypheme.com SIRET : 82486832700019
VAT N° : FR66824868327

# General Terms & Conditions

**DEFINITIONS:** The term "Seller" shall refer throughout this Agreement to Cypheme SAS. The term "Buyer" shall refer throughout this Agreement to a business entity purchasing Goods and Services (as defined below) from Seller in accordance with the terms and conditions of this Agreement. The term "Good(s)" shall refer throughout this Agreement to Seller's products namely Cloud-connected and Artificial Intelligence-based Anti-Counterfeiting stickers/certificates/labels/tags which are purchased by Buyer hereunder. The term "Service(s)" shall refer to Seller's cloud authentication services which are purchased by Buyer hereunder.

**ACCEPTANCE:** Any order for the purchase of Goods and Services from Seller shall be subject only to the present Agreement and to the acceptance by Seller in writing. Any conflicting terms and conditions in a purchase order form using Buyer's form of purchase order form or any other written instrument which conflict with this Agreement shall not be binding on Seller unless agreed to in writing by Seller.

**CANCELLATION:** Purchase order forms are not subject to cancellation or modification by Buyer, in whole or in part, after Seller's acceptance of the purchase order form, except with Seller's prior written consent.

**NON-PAYMENT & REMEDIES:** If Buyer fails to fulfill Seller's terms of payment or if the financial or business condition of Buyer shall become impaired or unsatisfactory to Seller, Seller may suspend or interrupt the Services until such payments are made. All remedies provided herein shall be cumulative and in addition to any other remedies provided by law or in equity.

**DELIVERY DATES:** Delivery dates set forth on a purchase order form accepted by Seller are subject to change and are predicated on conditions existing at this time. Seller does not guarantee any delivery dates and shall not be responsible for any loss or damage of any kind or nature whatsoever caused by any delay in delivery irrespective of the cause of such delay.

**ENTIRE AGREEMENT:** No terms or conditions, other than those stated herein, and no agreement or understanding, oral or written, purporting to modify this Agreement, whether contained in Buyer's purchase order form (if any) or elsewhere, shall be binding on the Seller unless made in writing and accepted/executed in writing by Seller.

**GOVERNING LAW & JURISDICTION:** Any dispute which arises between Seller and Buyer concerning this Agreement or any other aspect of their relationship shall be interpreted, and construed in accordance with the laws of France without regard to conflict of laws provisions applying the laws of other jurisdictions. Seller and Buyer hereby irrevocably consent to



Cypheme SAS, 27 rue Bargue, 75015 Paris
Business registration : 824 868 327 R.C.S. Paris
www.cypheme.com SIRET : 82486832700019
VAT N° : FR66824868327

7/8

the exercise of personal jurisdiction by the Courts of Paris, France, and agree that any lawsuit arising from or any matter connected to any dispute between the Buyer and Seller or the interpretation or enforcement of these Terms and Conditions shall only be prosecuted in one of those Courts. Attorneys' fees and costs incurred by Seller in connection with any legal action or proceeding with respect to the collection of any invoices which are in arrears shall be the responsibility of Buyer.

Disclaimer of Warranties. Seller warrants that all Goods and Services purchased by Buyer will conform to Buyer's specifications. However, the Goods and Services are provided by Seller to Buyer on a strictly "AS IS" basis. SELLER MAKES NO OTHER WARRANTY, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS OF THE GOODS AND SERVICES FOR A PARTICULAR PURPOSE, ALL SUCH WARRANTIES BEING HEREBY EXPRESSLY EXCLUDED. IT IS THE SOLE RESPONSIBILITY OF BUYER TO DETERMINE THE ADEQUACY OF ALL GOODS AND SERVICES PURCHASED BY BUYER FOR ANY INTENDED SPECIFIC PURPOSE OR USE.

**LIMITATION OF REMEDIES & LIMITATION OF LIABILITY:** Buyer's sole remedy, and Seller's sole liability for non-conforming Goods rejected as provided herein, shall be limited to replacement of the Goods or, at Seller's option, refunding the portion of the price of such non-conforming Goods paid to Seller. In no event shall Seller's liability for any claim, loss, costs or damages relating to any Goods shipped, stored, sold or delivered hereunder exceed the purchase price therefore, nor shall Seller be liable for any loss, charges or damages resulting from its inability to procure any Goods and Services purchased by Buyer or for delays or failure to deliver Goods and Services hereunder. IN NO EVENT SHALL SELLER, ITS EXECUTIVE OFFICERS OR ITS LICENSORS BE LIABLE TO BUYER FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES, IN CONNECTION WITH THE GOODS AND SERVICES OR THE USE OF THE GOODS AND SERVICES, WHETHER ARISING UNDER CONTRACT, TORT, STRICT LIABILITY, STATUTE OR OTHER FORM OF ACTION, EVEN IF SELLER HAS BEEN INFORMED OF THE POSSIBILITY THEREOF. In addition to other limitations stated herein, Seller shall not be liable for any delay in Seller's performance due to fires, strikes, labor disputes, war, terrorist acts, civil commotion, embargoes, floods, delays in transportation, shortages or failure of supply, fuel, power of transportation, breakdown of equipment, acts of God, or other circumstances beyond Seller's reasonable control. Buyer shall not be entitled to, and in no event, shall Seller be liable to Buyer for, indirect, special, incidental, or consequential damages of any nature, including, without limitation to loss of profit, loss of use, promotional or manufacturing or manufacturing expenses, overhead, injury to reputation or loss of customers arising out of failure by Seller to deliver Goods and Services, or resulting from the use, misuse, or inability to access or utilize the Goods and Services. In no event shall Seller's liability or Buyer's recovery exceed the purchase price of the specific Goods and Services as to which a claim is made irrespective of the nature of Buyer's claim, whether for breach of contract, breach of warranty, negligence, strict liability, misrepresentation and/or other torts.



Cypheme SAS, 27 rue Bargue, 75015 Paris
Business registration : 824 868 327 R.C.S. Paris
www.cypheme.com SIRET : 82486832700019
VAT N° : FR66824868327

8/8