# EXHIBIT A-3

Case 7:24-cv-07327-PMH   Document 76-3   Filed 01/27/26   Page 1 of 2



- The Cypheme codes should be printed dynamically. Which dot is printed and which isn't defines what number is encoded. They will never all be printed at the same time
- The sticker should be impossible to remove without being torn. The adhesive should be extremely aggressive. It is not destined to apply to food product, therefore it doesn't need to be food safe.
- The sticker's material is white plastic



Fluorescent ink layer

Noise print patch
Black pigment mixed with varnish



Cypheme code



Sticker (white plastic)

Kiss cutting