# EXHIBIT A-4


Cypheme Document File