# EXHIBIT A-5

