# EXHIBIT A-6




