# EXHIBIT A-7

# PUFF DNA
## Proprietary Authentication

Due to the overwhelming amount of Puff counterfeit products in the market we launched a product verification system called PUFF DNA.

PUFF DNA is a proprietary 5-point verification sticker system included on all devices. Each tag is totally unique and therefore impossible to replicate, much like a fingerprint. Together with our neural-network tech you can rest assured your product is authentic.

To verify your product with our app-free integration, authentication can be complete in just 2 steps:

1. Scan the QR code with your smartphone
2. Scan the PUFF DNA Sticker

