# EXHIBIT A-8

