IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAYLEY AMIEL, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>EVO Brands, LLC d/b/a Puff Bar, and PVG2, LLC, d/b/a Puff Bar,<br><br>      Defendants. | Case No. 7:24-cv-07327<br><br>Hon. Philip M. Halpern |

**[~~PROPOSED~~] DEFAULT JUDGMENT**

  This action was commenced on September 27, 2024, by the filing of the Complaint and the issuance of the summons. A copy of the summons and complaint was served on Defendants EVO Brands, LLC d/b/a Puff Bar, and PVG2, LLC, d/b/a Puff Bar ("Defendants") on October 10, 2024, via process server. Defendants did not answer the Complaint and the time for answering the Complaint expired. By order dated November 4, 2025, the Court granted default judgment as to liability, holding that Defendants are liable to Plaintiff for violating N.Y. G.B.L. §§ 349, 350; for violating N.J. Stat. Ann. § 56:8-2 *et seq*.; and for breaching the implied warranty of merchantability as to Plaintiff's purchases of Defendants' Products in New Jersey. The Judgment was entered on November 7, 2025. The inquest on damages was held on February 2, 2026. The Order on damages was entered on February 4, 2026.

  Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED, on this  13  day of February 2026, that Plaintiff is awarded:

1. $96,800 in statutory damages;

2. $32,266.67 in reasonable attorneys' fees;

3. $405 in costs and disbursements;

Accordingly, the Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Date: February 13, 2026
      White Plains, New York

                                          Hon. Philip M. Halpern, U.S.D.J.

cc: Counsel of Record